IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RANDALL RATHBUN,<br><br>              Plaintiff,<br>v.<br><br>OFFICE DEPOT LLC;<br>OFFICE DEPOT BUSINESS SOLUTIONS, LLC;<br>OFFICEMAX INCORPORATED;<br>OFFICEMAX NORTH AMERICA, INC;<br>and<br>ODP CORPORATION<br><br>              Defendants. | Case No. |

## NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

TO: THE HONORABLE JUDGE OF SAID COURT:

The Defendants herein, respectfully state to the Court:

1. That there was commenced and is now pending in the Eighteenth Judicial District Court, Sedgwick County, Kansas, a civil action in which Randall Rathbun is Plaintiff, and the Petitioners herein, the Defendants, said case captioned as *Randall Rathbun v. Office Depot LLC; Office Depot Business Solutions, LLC; OfficeMax Incorporated; Officemax North America, Inc; and ODP Corporation,* Case No. 2021-CV-001718-TP.

2. That said action is a civil suit, of which this Court has original jurisdiction under the provisions of Title 28, U.S. Code, Section 1332, as amended, and is one which may be removed to this Court by Petitioners, Defendants therein, pursuant to the provisions of Title 28, U.S. Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of Seventy-Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

102138630.v1

3. That the Petitioner shows that said cause of action involves a controversy between citizens of different states, to-wit:

a. The Plaintiff is now, and was at the commencement of this action, a citizen of the State of Kansas.

b. That Defendant Office Depot LLC is now and was at the commencement of this action, a citizen of the State of Delaware, with its primary place of business in Florida.

c. That Defendant Office Depot Business Solutions, LLC is now and was at the commencement of this action, a citizen of Delaware and with its principal place of business in the State of Florida.

d. That Defendant Officemax Incorporated is now and was at the commencement of this action, a citizen of Delaware with its principal place of business in the State of Florida.

e. That Defendant Officemax North America, Inc. is now and was at the commencement of this action, a citizen of Ohio with its principal place of business in the State of Florida.

f. That Defendant ODP Corporation is now and was at the commencement of this action, a citizen of Delaware with its principal place of business in the State of Florida.

4. That this Notice of Removal is filed within thirty (30) days after receipt by Defendants of a copy of the Plaintiffs' Petition setting forth the claim for relief by the Plaintiff on which the action is based, wherein Plaintiff has sought damages which exceeds Seventy-Five Thousand and No/100 Dollars ($75,000.00) and therefore within the jurisdiction of this Court,

and the time for filing this Notice of Removal under the statutes of this United States has not expired.

5. Because the amount in controversy therein is alleged to be in excess of $75,000.00 and diversity of citizenship exists between the parties, this matter is within the jurisdiction of the Court, and the time for filing this Petition under the statutes of the United States has not expired.

6. That there is filed herewith, and by reference made a part hereof, a true and correct copy of all process, pleadings and orders filed in reference to the above-captioned matter in the United States District Court for the District of Kansas.

WHEREFORE, Petitioner prays that further proceedings in the Eighteenth Judicial District for the District of Kansas, be discontinued, and that this action be removed to the United States District Court for the District of Kansas.

    Respectfully submitted,

    WALLACE SAUNDERS, CHARTERED


    BY: /s/ Mary T. Malicoat
        Mary T. Malicoat, #16087
        mmalicoat@wallacesaunder.com
        James L. Sanders, #11483
        jsanders@wallacesaunders.com
        200 W. Douglas, Suite 400
        Wichita, KS  67202
        Phone: (316) 269-2100
        Fax: (316) 269-2479

    ATTORNEYS FOR DEFENDANTS

STATE OF KANSAS           )
                          ) ss:
COUNTY OF SEDGWICK   )

      Mary T. Malicoat, of lawful age, being first duly sworn upon her oath, states that she is the attorney for the Defendants, Petitioner herein; that she has read and knows the contents of the foregoing and attached Notice of Removal of Cause to the United States District Court for the District of Kansas; that the matters, facts and allegations contained in said Notice of Removal are true as she truly believes.

                                                                Mary T. Malicoat

Subscribed and sworn to before me this _____ day of November, 2021

                                                                 Notary Public

My Commission Expires:

## CERTIFICATE OF SERVICE

I hereby certify that I presented electronically the above and foregoing **Notice of Removal of Cause to the United States District Court for the District of Kansas** to the Clerk of the United States District Court, District of Kansas via CM/ECF for filing,

and a copy via the e-flex electronic filing system to:

Clerk of the District Court
Sedgwick County Courthouse
525 North Main
Wichita, KS  67203

with a copy the electronically filed stamped day by U.S. first-class mail to:

Kala Spigarelli
THE SPIGARELLI LAW FIRM
515 N. Broadway
Pittsburg, KS  66762-1449
*Attorney for Plaintiff*

/s/ Mary T. Malicoat
Mary T. Malicoat, #16087

**ELECTRONICALLY FILED**
2021 Oct 15 PM 3:17
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001718-TP

Randall Rathbun

vs.

Office Depot LLC et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**OfficeMax Incorporated**
**112 SW 7th Street, Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Kala Ann Spigarelli
515 North Broadway
P.O. Box 1449
Pittsburg, KS 66762

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 10/15/2021 04:01:47 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

**ELECTRONICALLY FILED**
2021 Oct 15 PM 3:17
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001718-TP

<u>Randall Rathbun</u>

vs.

<u>Office Depot LLC et. al.</u>

**SUMMONS**

To the above-named Defendant/Respondent:

    **OfficeMax North America, Inc.**
    **112 SW 7th Street, Suite 3C**
    **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

    Kala Ann Spigarelli
    515 North Broadway
    P.O. Box 1449
    Pittsburg, KS 66762

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed on 10/15/2021 04:01:47 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2021 Oct 15 PM 3:17
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001718-TP

Randall Rathbun

vs.

Office Depot LLC et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

> **ODP Corporation**
> **Memorial Hall, 1st Floor 120 SW 10th Avenue**
> **Topeka, KS  66612**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Kala Ann Spigarelli
> 515 North Broadway
> P.O. Box 1449
> Pittsburg, KS 66762

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 10/15/2021 04:01:47 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2021 Oct 15 PM 3:17
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001718-TP

**IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS**

| | |
|---|---|
| **RANDALL RATHBUN** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.:_____ |
| ) | |
| **OFFICE DEPOT LLC** ) | |
| **OFFICE DEPOT BUSINESS** ) | |
| **SOLUTIONS, LLC** ) | |
| **OFFICEMAX INCORPORATED** ) | |
| **OFFICEMAX NORTH AMERICA, INC** ) | |
| **ODP CORPORATION** ) | |
| Defendants. ) | |

## PETITION PURSUANT TO K.S.A. CHAPTER 60

**COMES NOW** the Plaintiff, Randall Rathbun, by and through his attorneys of record, The Spigarelli Law Firm, and for his claim against the Defendants and each of them, alleges and states as follows:

1.   The Plaintiff, Randall Rathbun, is a citizen of the State of Kansas and lives in Uniontown, Bourbon County, Kansas.

2.   The Defendant, Office Depot LLC is a foreign Limited Liability Corporation incorporated in Delaware who is authorized to do business in the State of Kansas and does business at 613 S. Dugan Road Ste. 100 Wichita, Kansas, 6720 and can be served through its registered agent, The Corporation Company, at 112 SW 7TH St. Suite 3C, Topeka, KS 66603.

3.   The Defendant, Office Depot Business Solutions LLC is a foreign Limited Liability Corporation incorporated in Delaware who is authorized to do business in the State of Kansas and does business at 613 S. Dugan Road Ste. 100, Wichita, Kansas, 67209 and can be

1

served through its registered agent, The Corporation Company, at 112 SW 7TH St. Suite 3C, Topeka, KS 66603.

4. The Defendant, OfficeMax Incorporated is a foreign Limited Liability Corporation incorporated in Delaware who is authorized to do business in the State of Kansas and does business at 613 S. Dugan Road Ste. 100 Wichita, Kansas, 6720 and can be served through its registered agent, The Corporation Company, at 112 SW 7TH St. Suite 3C, Topeka, KS 66603.

5. The Defendant, OfficeMax North America, Inc. is a foreign Limited Liability Corporation incorporated in Delaware who is authorized to do business in the State of Kansas and does business at 613 S. Dugan Road Ste. 100 Wichita, Kansas, 6720 and can be served through its registered agent, The Corporation Company, at 112 SW 7TH St. Suite 3C, Topeka, KS 66603.

6. The Defendant, ODP Corporation is a foreign Limited Liability Corporation incorporated in Delaware who is doing business in Kansas and can be served by serving the Kansas Secretary of State.

**FACTS**

7. On December 4, 2019, Plaintiff was on the premises of Defendant Office Depot, store number 2157, 613 Dugan Road Ste 100, Wichita, Kansas as a business invitee purchasing items.

8. It was near closing time at approximately 8:45 p.m. or 9:00 p.m. The lights had been turned off and the doors to foyer and entry way had been closed.

9. In order for the Plaintiff to exit Office Depot, an employee of Defendants' had to hold open the doors to the foyer and another employee held open the doors to the entry way. The

cage to the entry way was open by the employee but the guide rail was across the doorway was not moved.

10. The Plaintiff tripped over the guide rail in the dark and landed on his face causing serious personal injury to Plaintiff.

11. At the time of the incident, Plaintiff was on the job and was paid workers compensation benefits by Travelers Ins. Co.

12. Pursuant to K.S.A. 44-504, Travelers has a right to subrogation and Plaintiff is bring this lawsuit on his own behalf and on behalf of Travelers.

13. Defendants are liable for the actions and inaction of their employees based on the doctrine of Respondeat Superior.

14. All of the Defendants are entities which are involved in the business of selling of office supplies and are all subsidiaries or parent companies. It is not known to Plaintiff which company owns Office Depot store number 2157.

## NEGLIGENCE

15. Plaintiff incorporates by reference paragraphs 1-14 and further alleges and states:

16. Without limiting a general allegation of negligence on the part of the Defendants and their employees, Plaintiff specifically alleges that the Defendants and their employees were negligent in the following particulars:

    a. Turning off the lights while customers were still in the store.

    b. Failing to have any lighting at the entry way.

    c. Failing to move the guide rail to prevent Plaintiff from tripping over it.

    d. Failing to keep the premises in a safe condition.

    e. Failing to warn Plaintiff of the dangerous condition of the property.

    f. Closing the automatic doors while customers were still in the store.

  g. Violating store policies and procedures.

17. Plaintiff further relies on the doctrine of Res Ipsa Loquitur.

18. As a result of said negligence of the Defendants, Plaintiff has sustained damages for pain and suffering, temporary and permanent disability, incurred medical bills and wage loss and has suffered these losses into the future.

**WHEREFORE**, Plaintiff, Randall Rathbun, by and through his attorney, prays for judgment against Defendants for an amount in excess of $75,000.00 and such other and further relief as the Court deems just.

/s/ Kala Spigarelli
Kala Spigarelli #14857
THE SPIGARELLI LAW FIRM
515 N. Broadway
Pittsburg, KS 66762-1449
kspig@spigarelli-law.com
P: (620) 231-1290 F: (620) 232-6650
**ATTORNEY FOR PLAINTIFF**

## JURY DEMAND

It is the request and demand of the Plaintiff that this matter be tried to a jury of twelve (12) persons.

/s/ Kala Spigarelli
Kala Spigarelli, #14857
THE SPIGARELLI LAW FIRM
515 N. Broadway
Pittsburg, KS 66762-1449
P: (620) 231-1290 F: (620) 232-6650
**ATTORNEY FOR PLAINTIFF**

**ELECTRONICALLY FILED**
2021 Oct 15 PM 3:17
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001718-TP

Randall Rathbun

vs.

Office Depot LLC et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Office Depot LLC**
**112 SW 7th Street, Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Kala Ann Spigarelli
515 North Broadway
P.O. Box 1449
Pittsburg, KS 66762

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 10/15/2021 04:01:47 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2021 Oct 15 PM 3:17
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001718-TP

<u>Randall Rathbun</u>

vs.

<u>Office Depot LLC et. al.</u>

**SUMMONS**

To the above-named Defendant/Respondent:

**Office Depot Business Solutions LLC**
**112 SW 7th Street, Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Kala Ann Spigarelli
515 North Broadway
P.O. Box 1449
Pittsburg, KS 66762

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 10/15/2021 04:01:47 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2021 Oct 19 PM 2:20
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001718-TP

Randall Rathbun

vs.

Office Depot LLC, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

      **ODP Corporation**
      **1200 South Pine Island Road**
      **Plantation, FL  33324**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

      Kala Ann Spigarelli
      515 North Broadway
      P.O. Box 1449
      Pittsburg, KS 66762

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 10/19/2021 02:37:33 PM

**Documents to be served with the Summons:**

Petition