UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RANDALL RATHBUN,

    Plaintiff,

    v.                                                              Case No. 21-1279-JWB

OFFICE DEPOT LLC,

    Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 21) to amend the scheduling order filed on January 20, 2022 (ECF No. 18). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    Mediation shall be held no later than **April 5, 2022.**

    b.    All discovery shall be commenced or served in time to be completed by **July 1, 2022.**

    c.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **May 2, 2022**, and defendant by **June 1, 2022.** Disclosures and reports by any rebuttal experts are due by **June 15, 2022**.

    d.    The final pretrial conference is rescheduled from May 31, 2022, to **July 18, at 1:00 p.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.

1

Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **July 8, 2022**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

    e.    The deadline for filing all other potentially dispositive motions and motions challenging the admissibility of expert testimony is now **August 1, 2022.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated February 22, 2022, at Kansas City, Kansas.

                                 s/ James P. O'Hara
                                 James P. O'Hara
                                 U.S. Magistrate Judge