IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| RANDALL RATHBUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No:  6:21-cv-01279-JWB-JPO |
| OFFICE DEPOT LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE

The above-captioned matter comes before the Court.  Plaintiff, Randall Rathbun, appears by and through his attorney of record, Kala Spigarelli of the Spigarelli Law Firm.  The Defendant, Office Depot, appears by and through its attorney of record, Mary T. Malicoat of Wallace Saunders, Chartered.

WHEREUPON, the parties advise the Court there has been a resolution of this dispute between the parties.  The Court, after being fully advised in the premises, finds that all claims against Defendant, Office Depot, should be and are hereby dismissed with prejudice, with each party to bear their own costs and fees.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action is hereby dismissed with prejudice to the refiling thereof.

This journal entry is effective as of the date and time shown on the electronic file stamp.

**IT IS SO ORDERED this 24th day of May, 2022.**

　　　　　　　　　　　　　　　s/ John W. Broomes
　　　　　　　　　　　　　　**JOHN W. BROOMES**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

102215322.v1

*Rathbun v. Office Depot*
6:21-cv-01279-JWB-JPO
*Agreed J.E. of Dismissal with Prejudice*

**Submitted and approved by:**

THE SPIGARELLI LAW FIRM

By: ___/s/ *Kala Spigarelli*_____
Kala Spigarelli, #14857
515 N. Broadway
P.O. Box 1449
Pittsburg, KS 66762
*Attorney for Plaintiff*

WALLACE SAUNDERS, Chartered

By: /s/ *Mary T. Mal*icoat_____
Mary T. Malicoat, #16087
mmalicoat@wallacesaunders.com
400 O.W. Garvey Center
200 W. Douglas
Wichita, KS  67202
Phone:  (316) 269-2100
Fax:     (316) 269-2479
*Attorney for Defendant*

2

102215322.V1